AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

36 C.F.R.§2.34(a)(1) - Disorderly Conduct (Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
As to each count:
Maximum Prison Term of Six Months;
Maximum Fine $5,000;
Mandatory Special Assessment of $10.

E-filing

### DEFENDANT - U.S.

▶ ANTHONY C. GLOVER

**DISTRICT COURT NUMBER**

CR 07 0275

### DEFENDANT MAG

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 3/24/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DEREK R. OWENS

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2

3

4

5

6

7                               E-filing

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,         CR 07  0275

13      Plaintiff,              )    VIOLATIONS: 36 C.F.R. §2.34(a)(1) -
                                )    Disorderly Conduct (Class B
14      v.                      )    Misdemeanor)
                                )
15  ANTHONY C. GLOVER,          )
                                )
16      Defendant.              )
                                )
17  _____)   SAN FRANCISCO VENUE

18

19                          I N F O R M A T I O N

20

21  The United States Attorney charges:

22      On or about March 24, 2007, in the Northern District of California, within the boundaries

23  of an area within the purview of the National Park Service, the defendant,

24                           ANTHONY C. GLOVER,

25  with the intent to cause public alarm, nuisance, jeopardy, or violence, or knowingly or

26  recklessly created a risk thereof, did engage in fighting or threatening, or in violent behavior

27  in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1), a Class B

28  //

    INFORMATION

1 | Misdemeanor.

4 | DATED: May 4, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
DEREK R. OWENS
Special Assistant United States Attorney

INFORMATION