# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**  )
                                                      )
               **vs.**                             )          **Docket Number: CR 07-00275-1 NJV**
                                                      )
          **Anthony C. Glover**              )
                                                      )

---

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ July 20, 2007 _____ be continued until _____ September 24, 2007 _____ at _____ 9:30 a.m. _____ .

Date:  7/19/07

Nandor J. Vadas
United States Magistrate Judge

NDC-PSR-009 12/06/04