

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00275 NJV |
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| ANTHONY C. GLOVER, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

- ☒ Presentence Report
- ☐ Plea Agreement
- ☐ Statement of Reasons
- ☐ _____ (Other)

**IT IS SO ORDERED.**

Dated: September 28, 2007

Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

ANTHONY C GLOVER et al,

        Defendant.
_____/

Case Number: CR07-00275 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Mark Quigley
Attorney at Law
650 5th St Ste 502
San Francisco, CA 94107

Wendy May Thomas
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Christine Carruba
U.S. Probation Office
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Dated: September 28, 2007

                                          Richard W. Wieking, Clerk
                                          By: Lili M. Harrell, Deputy Clerk