10/02/2007 02:17 PM EDT

Case Debt Type Payment Report
U.S. Courts

Version 7.0

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ANTHONY C. GLOVER | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461010754 | 0 | PR | 10.00 | 09/24/2007 |

Case No. DCAN307CR000275    US V ANTHONY C GLOVER

Division Payment Total    10.00

Grand Total    10.00

$10.00 SPECIAL ASSESSMENT
PAID IN FULL
on 9-24-07

Page 1 of 1